**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Michael A. Henken | : | CHAPTER 13 |
| Kimberly Marie Henken | : | |
| | : | |
| Debtors | : | |
| | : | Bankruptcy No. :  19-11581-jkf |

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH**
**OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325 (a)(8) AND (a)(9)**

We, <u>Michael and Kimberly Henken</u>, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for <u>June 5, 2019</u>, in the above-referenced case:

1. The above-named debtors are current with all post-petition obligations.

2. The above-named debtors have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named debtors have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of debtors, counsel certifies that debtors were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.


DATED:   <u>5/30/19</u>                 BY: <u>/s/ William D. Schroeder, Jr.</u>


Revised 10/20/05