UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Michael A. Henken            :        Chapter 13
         Kimberly Marie Henken    :
                                    :
                Debtors              :        No.:    19-11581-jkf

## ORDER

AND NOW, this 26th day of September, 2019, the application of William D. Schroeder, Jr., attorney for debtors, for compensation in the amount of $6,644.80 is hereby approved.  The debtor has previously paid $3,690.00 to counsel; the trustee may pay the balance of $2,954.80 to counsel, pursuant to the terms of the confirmed chapter 13 plan.

BY THE COURT:

_____
Judge Jean K. FitzSimon

William D. Schroeder, Jr.         Office of the United States Trustee
Attorney at Law                   833 Chestnut Street, Suite 500
920 Lenmar Drive                Philadelphia, PA  19107
Blue Bell, PA 19422

                                          Michael and Kimberly Henken
Trustee Scott F. Waterman        1010 Rafter Road
Chapter 13 Standing Trustee     Norristown, PA 19403
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606