United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael A. Henken  
Kimberly Marie Henken  
    Debtors

Case No. 19-11581-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: dlv     Page 1 of 1     Date Rcvd: Sep 26, 2019  
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2019.  
db/jdb         +Michael A. Henken,    Kimberly Marie Henken,    1010 Rafter Road,    Norristown, PA 19403-5145

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr           +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2019 03:13:29      Synchrony Bank,      c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2019 at the address(es) listed below:  
          KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
          POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com  
          SCOTT WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com, ecf_frpa@trustee13.com  
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM D. SCHROEDER, JR    on behalf of Debtor Michael A. Henken schroeder@jrlaw.org, Healey@jrlaw.org  
          WILLIAM D. SCHROEDER, JR    on behalf of Joint Debtor Kimberly Marie Henken schroeder@jrlaw.org, Healey@jrlaw.org  
                                                                                                                                                                                                           TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Michael A. Henken | : | Chapter 13 |
| | Kimberly Marie Henken | : | |
| | | : | |
| | Debtors | : | No.: 19-11581-jkf |

**ORDER**

AND NOW, this 26th day of September, 2019, the application of William D. Schroeder, Jr., attorney for debtors, for compensation in the amount of $6,644.80 is hereby approved. The debtor has previously paid $3,690.00 to counsel; the trustee may pay the balance of $2,954.80 to counsel, pursuant to the terms of the confirmed chapter 13 plan.

BY THE COURT:

_____
Judge Jean K. FitzSimon

William D. Schroeder, Jr.
Attorney at Law
920 Lenmar Drive
Blue Bell, PA 19422

Trustee Scott F. Waterman
Chapter 13 Standing Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Michael and Kimberly Henken
1010 Rafter Road
Norristown, PA 19403