| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-11581-AMC**

MICHAEL A HENKEN
KIMBERLY MARIE HENKEN
1010 RAFTER ROAD
NORRISTOWN  PA   19403

Petition Filed Date: 03/15/2019
341 Hearing Date: 04/26/2019
Confirmation Date: 09/25/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/01/2019 | $537.71 | 23337995758 | 05/03/2019 | $537.71 | 23337997402 | 06/04/2019 | $537.71 | 23337999011 |
| 06/26/2019 | $537.71 | 25586087207 | 07/30/2019 | $553.07 | 25586089121 | 08/27/2019 | $553.07 | 23337986308 |
| 10/01/2019 | $553.07 | 25859426670 | 10/29/2019 | $553.07 | 25586092135 | 11/26/2019 | $579.67 | 25859427030 |
| 01/03/2020 | $558.39 | 23337992867 | 01/28/2020 | $558.39 | 25859427840 | 03/03/2020 | $558.39 | 23337986512 |
| 04/01/2020 | $558.39 | | 05/04/2020 | $558.39 | | 06/02/2020 | $558.39 | |
| 07/01/2020 | $558.39 | | 07/31/2020 | $558.39 | | | | |

**Total Receipts for the Period: $9,409.91    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $9,409.91**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CAVALRY INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $6,183.19 | $26.98 | $6,156.21 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 002 | Priority Crediors | $4,491.00 | $4,491.00 | $0.00 |
| 3 | BRANCH BANKING & TRUST CO<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | GREENSKY LLC HOME DEPOT LOAN SERVICES<br>»» 004 | Unsecured Creditors | $2,960.37 | $0.00 | $2,960.37 |
| 5 | PSECU<br>»» 005 | Unsecured Creditors | $9,745.54 | $42.53 | $9,703.01 |
| 6 | US BANK NA<br>»» 006 | Unsecured Creditors | $10,459.99 | $45.65 | $10,414.34 |
| 7 | BANK OF AMERICA NA<br>»» 007 | Unsecured Creditors | $21,972.89 | $95.90 | $21,876.99 |
| 8 | CHASE BANK USA NA<br>»» 008 | Unsecured Creditors | $5,654.33 | $24.68 | $5,629.65 |
| 9 | CHASE BANK USA NA<br>»» 009 | Unsecured Creditors | $3,503.61 | $15.29 | $3,488.32 |
| 10 | ALLY FINANCIAL<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | QUICKEN LOANS INC<br>»» 011 | Mortgage Arrears | $95.94 | $95.94 | $0.00 |
| 12 | CAVALRY INVESTMENTS LLC<br>»» 012 | Unsecured Creditors | $1,768.30 | $0.00 | $1,768.30 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $23,462.66 | $102.40 | $23,360.26 |
| 14 | TD BANK USA NA<br>»» 014 | Unsecured Creditors | $4,529.22 | $19.77 | $4,509.45 |

**Chapter 13 Case No. 19-11581-AMC**

| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $4,765.54 | $20.80 | $4,744.74 |
|---|---|---|---|---|---|
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $5,548.68 | $24.22 | $5,524.46 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $1,738.56 | $0.00 | $1,738.56 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $1,261.98 | $0.00 | $1,261.98 |
| 19 | CITIBANK NA »» 019 | Unsecured Creditors | $6,707.00 | $29.27 | $6,677.73 |
| 0 | WILLIAM D SCHROEDER JR ESQ | Attorney Fees | $2,954.80 | $2,954.80 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,409.91 | Current Monthly Payment: | $558.39 |
| Paid to Claims: | $7,989.23 | Arrearages: | $0.00 |
| Paid to Trustee: | $884.41 | Total Plan Base: | $33,420.68 |
| Funds on Hand: | $536.27 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.