Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-11581-AMC**

MICHAEL A  HENKEN
KIMBERLY MARIE  HENKEN
1010 RAFTER ROAD
NORRISTOWN  PA    19403

Petition Filed Date: 03/15/2019
341 Hearing Date: 04/26/2019
Confirmation Date: 09/25/2019

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $558.39 | 23337992867 | 01/28/2020 | $558.39 | 25859427840 | 03/03/2020 | $558.39 | 23337986512 |
| 04/01/2020 | $558.39 | | 05/04/2020 | $558.39 | | 06/02/2020 | $558.39 | |
| 07/01/2020 | $558.39 | | 07/31/2020 | $558.39 | | 08/31/2020 | $558.39 | |
| 10/01/2020 | $558.39 | | 11/02/2020 | $558.39 | | 12/02/2020 | $558.39 | |
| 01/04/2021 | $558.39 | | 02/01/2021 | $558.39 | | 03/03/2021 | $558.39 | |
| 03/31/2021 | $558.39 | | 05/03/2021 | $558.39 | | 06/01/2021 | $558.39 | |

**Total Receipts for the Period: $10,051.02   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,993.81**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CAVALRY INVESTMENTS LLC »» 001 | Unsecured Creditors | $6,183.19 | $315.36 | $5,867.83 |
| 2 | UNITED STATES TREASURY (IRS) »» 002 | Priority Crediors | $4,491.00 | $4,491.00 | $0.00 |
| 3 | BRANCH BANKING & TRUST CO »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | GREENSKY, LLC »» 004 | Unsecured Creditors | $2,960.37 | $137.48 | $2,822.89 |
| 5 | PSECU »» 005 | Unsecured Creditors | $9,745.54 | $497.09 | $9,248.45 |
| 6 | US BANK NA »» 006 | Unsecured Creditors | $10,459.99 | $533.52 | $9,926.47 |
| 7 | BANK OF AMERICA NA »» 007 | Unsecured Creditors | $21,972.89 | $1,120.77 | $20,852.12 |
| 8 | CHASE BANK USA NA »» 008 | Unsecured Creditors | $5,654.33 | $288.40 | $5,365.93 |
| 9 | CHASE BANK USA NA »» 009 | Unsecured Creditors | $3,503.61 | $178.70 | $3,324.91 |
| 10 | ALLY FINANCIAL »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | QUICKEN LOANS INC »» 011 | Mortgage Arrears | $95.94 | $95.94 | $0.00 |
| 12 | CAVALRY INVESTMENTS LLC »» 012 | Unsecured Creditors | $1,768.30 | $82.15 | $1,686.15 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $23,462.66 | $1,196.73 | $22,265.93 |
| 14 | TD BANK USA NA »» 014 | Unsecured Creditors | $4,529.22 | $231.00 | $4,298.22 |

**Chapter 13 Case No. 19-11581-AMC**

| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $4,765.54 | $243.06 | $4,522.48 |
|----|------------------------------------------|---------------------|-----------|----------|-----------|
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $5,548.68 | $283.00 | $5,265.68 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $1,738.56 | $80.76 | $1,657.80 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $1,261.98 | $52.65 | $1,209.33 |
| 19 | CITIBANK NA<br>»» 019 | Unsecured Creditors | $6,707.00 | $342.11 | $6,364.89 |
| 0 | WILLIAM D SCHROEDER JR ESQ | Attorney Fees | $2,954.80 | $2,954.80 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,993.81 | Current Monthly Payment: | $558.39 |
| Paid to Claims: | $13,124.52 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,325.56 | Total Plan Base: | $33,420.68 |
| Funds on Hand: | $543.73 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.