Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
Chapter 13 Case No. 19-11581-AMC

MICHAEL A HENKEN  
KIMBERLY MARIE HENKEN  
1010 RAFTER ROAD  
NORRISTOWN  PA  19403

Petition Filed Date: 03/15/2019  
341 Hearing Date: 04/26/2019  
Confirmation Date: 09/25/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/03/2021 | $558.39 | | 06/01/2021 | $558.39 | | 07/01/2021 | $558.39 | |
| 08/02/2021 | $558.39 | 8/2/2021 | 08/31/2021 | $558.39 | | 10/01/2021 | $558.39 | |
| 11/01/2021 | $558.39 | | 12/02/2021 | $558.39 | | 01/03/2022 | $558.39 | |
| 01/31/2022 | $558.39 | | 03/03/2022 | $558.39 | | 03/31/2022 | $558.39 | |
| 05/02/2022 | $558.39 | | 06/01/2022 | $558.39 | | 07/01/2022 | $558.39 | |
| 08/01/2022 | $558.39 | | | | | | | |

**Total Receipts for the Period: $8,934.24    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $22,811.27**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CAVALRY SPV INVESTMENTS LLC »» 001 | Unsecured Creditors | $6,183.19 | $716.18 | $5,467.01 |
| 2 | UNITED STATES TREASURY (IRS) »» 002 | Priority Crediors | $4,491.00 | $4,491.00 | $0.00 |
| 3 | BRANCH BANKING & TRUST CO »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | GREENSKY, LLC »» 004 | Unsecured Creditors | $2,960.37 | $329.04 | $2,631.33 |
| 5 | PSECU »» 005 | Unsecured Creditors | $9,745.54 | $1,128.87 | $8,616.67 |
| 6 | US BANK NA »» 006 | Unsecured Creditors | $10,459.99 | $1,211.59 | $9,248.40 |
| 7 | BANK OF AMERICA NA »» 007 | Unsecured Creditors | $21,972.89 | $2,545.12 | $19,427.77 |
| 8 | CHASE BANK USA NA »» 008 | Unsecured Creditors | $5,654.33 | $654.93 | $4,999.40 |
| 9 | CHASE BANK USA NA »» 009 | Unsecured Creditors | $3,503.61 | $405.78 | $3,097.83 |
| 10 | ALLY FINANCIAL »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | QUICKEN LOANS INC »» 011 | Mortgage Arrears | $95.94 | $95.94 | $0.00 |
| 12 | CAVALRY SPV INVESTMENTS LLC »» 012 | Unsecured Creditors | $1,768.30 | $196.61 | $1,571.69 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $23,462.66 | $2,717.64 | $20,745.02 |
| 14 | TD BANK USA NA »» 014 | Unsecured Creditors | $4,529.22 | $524.56 | $4,004.66 |

| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $4,765.54 | $551.94 | $4,213.60 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $5,548.68 | $642.66 | $4,906.02 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $1,738.56 | $193.26 | $1,545.30 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $1,261.98 | $140.26 | $1,121.72 |
| 19 | CITIBANK NA »» 019 | Unsecured Creditors | $6,707.00 | $776.89 | $5,930.11 |
| 0  | WILLIAM D SCHROEDER JR ESQ | Attorney Fees | $2,954.80 | $2,954.80 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| Total Receipts: | $22,811.27 | Current Monthly Payment: | $558.39 |
|---|---|---|---|
| Paid to Claims: | $20,277.07 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,984.45 | Total Plan Base: | $33,420.68 |
| Funds on Hand: | $549.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.