| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-11581-AMC

MICHAEL A HENKEN  
KIMBERLY MARIE HENKEN  
1010 RAFTER ROAD  
NORRISTOWN  PA    19403

Petition Filed Date: 03/15/2019  
341 Hearing Date: 04/26/2019  
Confirmation Date: 09/25/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $558.39 | | 08/31/2022 | $558.39 | | 10/03/2022 | $558.39 | |
| 10/31/2022 | $558.39 | | 12/02/2022 | $558.39 | | 01/04/2023 | $558.39 | |
| 01/31/2023 | $558.39 | | 03/03/2023 | $558.39 | | 03/31/2023 | $558.39 | |
| 05/01/2023 | $558.39 | | 06/01/2023 | $558.39 | | 07/05/2023 | $558.39 | |
| 07/31/2023 | $558.39 | | | | | | | |

**Total Receipts for the Period: $7,259.07    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $29,511.95**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $6,183.19 | $1,060.96 | $5,122.23 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 002 | Priority Creditors | $4,491.00 | $4,491.00 | $0.00 |
| 3 | BRANCH BANKING & TRUST CO<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | GREENSKY LLC<br>»» 004 | Unsecured Creditors | $2,960.37 | $494.22 | $2,466.15 |
| 5 | PSECU<br>»» 005 | Unsecured Creditors | $9,745.54 | $1,672.28 | $8,073.26 |
| 6 | US BANK NA<br>»» 006 | Unsecured Creditors | $10,459.99 | $1,794.78 | $8,665.21 |
| 7 | BANK OF AMERICA NA<br>»» 007 | Unsecured Creditors | $21,972.89 | $3,770.31 | $18,202.58 |
| 8 | CHASE BANK USA NA<br>»» 008 | Unsecured Creditors | $5,654.33 | $970.19 | $4,684.14 |
| 9 | CHASE BANK USA NA<br>»» 009 | Unsecured Creditors | $3,503.61 | $601.11 | $2,902.50 |
| 10 | ALLY FINANCIAL<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | QUICKEN LOANS INC<br>»» 011 | Mortgage Arrears | $95.94 | $95.94 | $0.00 |
| 12 | CAVALRY SPV INVESTMENTS LLC<br>»» 012 | Unsecured Creditors | $1,768.30 | $295.31 | $1,472.99 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $23,462.66 | $4,025.89 | $19,436.77 |
| 14 | TD BANK USA NA<br>»» 014 | Unsecured Creditors | $4,529.22 | $777.07 | $3,752.15 |

**Chapter 13 Case No. 19-11581-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $4,765.54 | $817.62 | $3,947.92 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $5,548.68 | $952.02 | $4,596.66 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $1,738.56 | $290.28 | $1,448.28 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $1,261.98 | $210.70 | $1,051.28 |
| 19 | CITIBANK NA »» 019 | Unsecured Creditors | $6,707.00 | $1,150.87 | $5,556.13 |
| 0 | WILLIAM D SCHROEDER JR ESQ | Attorney Fees | $2,954.80 | $2,954.80 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,511.95 | Current Monthly Payment: | $558.39 |
| Paid to Claims: | $26,425.35 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,542.85 | Total Plan Base: | $33,420.68 |
| Funds on Hand: | $543.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.