United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-11581-amc
Michael A. Henken  Chapter 13
Kimberly Marie Henken
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 4
Date Rcvd: Feb 21, 2024  Form ID: 138OBJ  Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Henken, Kimberly Marie Henken, 1010 Rafter Road, Norristown, PA 19403-5145 |
| 14287977 | ++ | PATENAUDE AND FELIX APC, 501 CORPORATE DR, SOUTHPOINTE CENTER SUITE 205, CANONSBURG PA 15317-8584 address filed with court:, Patenaude & Felix, A.P.C., 213 East Main Street, Carnegie, PA 15106 |
| 14291291 | + | Quicken Loans Inc., c/o Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14287978 | | Quicken Loans, Inc., 1050 Woodland Avenue, Detroit, MI 48226 |
| 14287979 | + | Suntrust/greensky/thd, Attn: Bankruptcy, Mail Code VA-RVW-6290 PO Box 85092, Richmond, VA 23285-5092 |
| 14288788 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14357846 | + | William D. Schroeder, Jr., 920 Lenmar Drive, Blue Bell, PA 19422-2000 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 22 2024 00:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 22 2024 00:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14310372 | | Email/Text: ally@ebn.phinsolutions.com | Feb 22 2024 00:51:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14621717 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 22 2024 00:55:26 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14287963 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 22 2024 00:51:00 | Ally Financial, Attn: Bankruptcy Department, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14287964 | | Email/Text: ally@ebn.phinsolutions.com | Feb 22 2024 00:51:00 | Ally Servicing, LLC, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14301481 | + | Email/Text: bankruptcy@bbandt.com | Feb 22 2024 00:51:00 | BB&T Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14287967 | + | Email/Text: bankruptcy@bbandt.com | Feb 22 2024 00:51:00 | BB&T Loan Services, MC: 100-50-02-57, P.O. Box 2306, Wilson, NC 27894-2306 |
| 14287965 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 22 2024 00:51:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14308531 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 22 2024 00:51:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14287966 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 22 2024 00:51:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |

Case 19-11581-amc  Doc 50  Filed 02/23/24  Entered 02/24/24 00:36:52  Desc Imaged
Certificate of Notice  Page 2 of 5

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Feb 21, 2024 | Form ID: 138OBJ | Total Noticed: 45 |

| | | | |
|---|---|---|---|
| 14287968 | + Email/Text: bankruptcy@cavps.com | Feb 22 2024 00:51:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14289954 | + Email/Text: bankruptcy@cavps.com | Feb 22 2024 00:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14309935 | + Email/Text: RASEBN@raslg.com | Feb 22 2024 00:51:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14331192 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2024 00:55:26 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14287970 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2024 00:55:27 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14287971 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2024 01:08:20 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14287972 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2024 00:55:16 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14287973 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 22 2024 00:55:26 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14302117 | + Email/Text: bankruptcy@greenskycredit.com | Feb 22 2024 00:51:00 | Greensky, LLC/Home Depot Loan Services, 1797 N.E. Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 14287974 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 22 2024 00:51:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14287969 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 22 2024 01:08:28 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14287975 | ^ MEBN | Feb 22 2024 00:50:39 | National Debt Relief, LLC, 11 Broadway, Suite #1600, New York, NY 10004-1462 |
| 14287976 | + Email/Text: bankruptcynotices@psecu.com | Feb 22 2024 00:51:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14327756 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 22 2024 00:55:02 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14302709 | + Email/Text: bankruptcynotices@psecu.com | Feb 22 2024 00:51:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14310519 | + Email/Text: bankruptcyteam@quickenloans.com | Feb 22 2024 00:51:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14287980 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 22 2024 01:08:28 | Syncb/Nautilus, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14287981 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 22 2024 00:55:15 | Syncb/Sam Ash Music, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14287982 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 22 2024 00:55:02 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14289152 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 22 2024 00:55:15 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14287983 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 22 2024 00:55:26 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14287984 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 22 2024 01:08:20 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14330348 | + Email/Text: bncmail@w-legal.com | Feb 22 2024 00:51:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

| | | | |
|---|---|---|---|
| 14287985 | + Email/Text: bncmail@w-legal.com<br>Feb 22 2024 00:51:00 | | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 14306534 | Email/Text: RPSBankruptcyBNCNotification@usbank.com<br>Feb 22 2024 00:51:00 | | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14287986 | Email/Text: RPSBankruptcyBNCNotification@usbank.com<br>Feb 22 2024 00:51:00 | | US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 14287987 | Email/PDF: ais.sync.ebn@aisinfo.com<br>Feb 22 2024 00:55:26 | | Walmart, c/o Synchrony Bank, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2024 at the address(es) listed below:

**Name** | **Email Address**

KEVIN G. MCDONALD
on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

MARK A. CRONIN
on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

MARK A. CRONIN
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

POLLY A. LANGDON
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM D. SCHROEDER, JR
on behalf of Debtor Michael A. Henken schroeder@jrlaw.org  Healey@jrlaw.org

WILLIAM D. SCHROEDER, JR
on behalf of Joint Debtor Kimberly Marie Henken schroeder@jrlaw.org  Healey@jrlaw.org

District/off: 0313-2                          User: admin                                     Page 4 of 4
Date Rcvd: Feb 21, 2024                 Form ID: 138OBJ                          Total Noticed: 45

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Michael A. Henken and Kimberly
Marie Henken

        Debtor(s)                           Case No: 19−11581−amc

                                                  Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                 Suite 400
                             Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/21/24

                                                                                               49 − 46
                                                                                          Form 138OBJ